NUMBER 13-07-00649-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

DENIS A. DOWNEY, Appellant,


v.



BEATRIZ MORENO DOWNEY , Appellee.

_____________________________________________________________


On appeal from the 197th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Denis A. Downey, attempted to appeal a judgment rendered against him
in the 197th District Court of Cameron County. On October 24, 2007, the Clerk of this
Court notified appellant that the notice of appeal had not been timely filed. The Clerk of
this Court notified appellant of this defect so that steps could be taken to correct the defect,
if it could be done. See Tex. R. App. P. 37.3, 42.3. Appellant was advised that, if the
defect was not corrected within ten days from the date of receipt of this notice, the appeal
would be dismissed for want of prosecution. Appellant failed to respond to the Court's
notice. Appellant has further failed to pay required fees as directed by the Clerk of this
Court.

 The Court, having examined and fully considered the documents on file, appellant's
failure to timely perfect his appeal, and appellant's failure to respond to this Court's notices,
is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly,
the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. See id. 42.3(a),(c).


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 10th day of April, 2008.